UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES J. DAVIS,**

    **Plaintiff,**

v.                                          Case No.  5:23-cv-251-TKW/MJF

**R. TAYLOR,** *et al.***,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's First Report and Recommendation (R&R) (Doc. 43) and Second R&R (Doc. 44).  No objections were filed.

Upon due consideration of the R&Rs and the case file, the Court agrees with the magistrate judge's determinations that (1) Plaintiff's claims against Defendants Seller, Granberry, Land, and Sanders should be dismissed under Rule 4(m) for failure to effect service timely, and (2) Plaintiff's claims against Johnson and Taylor should be dismissed under Rules 37 and 41(b) for refusal to participate in the Rule 26(f) conference and willfully disobeying multiple court orders.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's First and Second R&Rs are adopted and incorporated by reference in this Order.

2. Defendants Taylor and Johnson's motions for sanctions (Docs. 37, 39) are **GRANTED**, and the claims against those defendants are **DISMISSED with prejudice** under Fed. R. Civ. P. 37 and 41(b).

3. The claims against Defendants Seller, Granberry, Land, and Sanders are **DISMISSED without prejudice** under Fed. R. Civ. P. 4(m).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 24th day of June, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**